FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10148 |
| Plaintiff - Appellee, | D.C. No. 4:98-cr-01095-RCC |
| v. | |
| ANTHONY D. WILLIAMS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted June 18, 2013[**]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Federal prisoner Anthony D. Williams appeals pro se from the district court's order denying his motion for clarification of his orally pronounced sentence.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Williams contends that the district court should have issued an order clarifying that he was not sentenced as a career offender under U.S.S.G. § 4B1.1. Because the record supports the district court's conclusion that Williams was sentenced as a career offender, the court did not err by denying his motion.

**AFFIRMED.**